IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARK JAMES HLAS, JR., #02494701 | § § | |
| VS. | § § | CIVIL CASE NO. 4:23-CV-514-SDJ |
| TEXAS DEP'T OF PUBLIC SAFETY | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #10), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 25, 2025, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that *pro se* Plaintiff Mark James Hlas, Jr.'s claims and lawsuit against the Texas Department of Public Safety be dismissed without prejudice as barred by sovereign immunity. *See* 28 U.S.C. §§ 1915A(b)(2), 1915(e)(2)(B)(iii). The Report further recommended that any claims that imply the invalidity of Plaintiff's convictions or sentences be dismissed with prejudice to them being asserted again until the *Heck* conditions are met.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED**. Plaintiff's claims against the Texas Department of Public Safety are **DISMISSED** as barred by sovereign immunity. Any claims that imply the invalidity of Plaintiff's convictions or sentences are **DISMISSED** with prejudice to them being asserted again until the *Heck* conditions are met. It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 2nd day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE